IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC. ) <br> One PAETEC Plaza ) <br> 600 Willowbrook Office Park ) <br> Fairport, New York ) <br> (585) 340-2500 ) <br>       Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> COMMPARTNERS, LLC ) <br> 3291 North Buffalo Drive ) <br> Las Vegas, Nevada ) <br> (877) 297-0926 ) <br>       Defendant____ ) | CIVIL ACTION NO. |

**COMPLAINT**

Plaintiff PAETEC Communications, Inc ("PAETEC"), by and through its attorney Jeffrey J. Binder, Esquire, The Watergate, 2510 Virginia Avenue, N.W., Washington, D.C. 20037, (202) 965-0199, hereby files this Complaint against Defendant CommPartners, LLC ("CommPartners"). In support of this Complaint, PAETEC states as follows:

**NATURE OF THE ACTION**

1. This case involves CommPartners's failure to pay legally required charges for its use of PAETEC's local network facilities to complete long distance calls. Whenever one of CommPartners's customers makes a long–distance call to one of PAETEC's local telephone customers, CommPartners uses PAETEC's facilities to complete, or "terminate", the CommPartners long-distance call to the called party. Pursuant to PAETEC's federal and state tariffs on file with the Federal Communications Commission

1

("FCC") and the applicable state regulatory commissions, CommPartners is required to pay PAETEC the filed rate for "terminating" access to PAETEC's local exchange facilities. CommPartners has failed to pay PAETEC the filed rates in the tariffs.

## PARTIES

2.      Plaintiff PAETEC Communications, Inc. ("PAETEC") is a corporation organized under the laws of the state of Delaware with its principal place of business located at One PAETEC Plaza, 600 Willowbrook Office Park, Fairport, New York and is engaged in the business of providing telecommunications services in, among other places, the District of Columbia.

3.      Defendant CommPartners is a limited liability corporation organized under the laws of the state of Nevada and has its principal place of business in Las Vegas, Nevada. CommPartners, a nationwide competitive local exchange carrier, is engaged in the business of providing interstate and intrastate telecommunications and telecommunications related services in the District of Columbia and other states.

## JURISDICTION AND VENUE

4.      This court has diversity jurisdiction over the claims herein pursuant to 28 U.S.C. §1332 in that the amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and that this case is between citizens of different states; and this court has subject matter jurisdiction herein pursuant to 28 U.S.C. §§ 1331 and 1337 because this case arises out of federal law, the Communications Act of 1934, as amended, 47 U.S.C. § 151 *et seq.*, and federal tariffs filed with the Federal Communications Commission.

5. This court has supplemental jurisdiction over the state law claims in this action pursuant to 28 U.S.C. §1367.

6. This court has personal jurisdiction over CommPartners because CommPartners, since 2004, is registered to do business as a foreign limited liability corporation in the District of Columbia and is engaged in the systematic and continuous conduct of business in the District of Columbia. CommPartners provides telecommunications and telecommunications related services in the District of Columbia. CommPartners's conduct in connection with the District of Columbia required it reasonably to anticipate that it would be subject to the jurisdiction of the courts in the District of Columbia.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391 in that the Defendant CommPartners is found in and transacts business in this judicial district.

## FACTS COMMON TO ALL CLAIMS

8. PAETEC is engaged in the business of providing telecommunications services and telecommunications related services. These services include, but are not limited to, interstate and intrastate exchange access.

9. At all times relevant to this action, CommPartners has engaged in providing telecommunications services and telecommunications related services for which CommPartners has utilized PAETEC's interstate and intrastate exchange access services.

10. From on or about April 1, 2007 to the present, PAETEC provided and continues to provide to CommPartners various telecommunications services including, but not limited to, interstate and intrastate access services pursuant to applicable federal and state tariffs.

11. PAETEC invoiced and continues to invoice CommPartners monthly for such services purchased by CommPartners.

12. PAETEC's charges for the services have been and continue to be in compliance with all applicable tariffs.

13. Despite receiving notice of their delinquency, CommPartners failed to pay the amounts owing. These amounts owed to PAETEC exceed one hundred fifty-nine thousand dollars ($159,000). In addition, CommPartners owes PAETEC late payment fees calculated at 1.5% per month per the applicable tariffs.

14. Pursuant to the terms of the applicable tariffs, CommPartners is responsible for any fees or expenses, including attorneys' fees, in collecting or attempting to collect, any charges owed in accordance with the tariffs.

15. PAETEC reserves the right to amend its claims to include any additional charges that may be owed by CommPartners and such attorneys' fees, costs, expenses and interest as may be allowed by law.

## COUNT I

### Breach of Tariffs

16. The allegations set forth in paragraphs 1 through 15 above are incorporated herein by reference.

17. PAETEC filed various tariffs with the Federal Communications Commission and the Public Service Commission of the District of Columbia and other state commissions including, but not limited to, Pennsylvania, Delaware, Massachusetts, New York, and Florida.

18.     The tariffs describe the rates and services offered by PAETEC to their customers and contain rules and regulations pursuant to which such telecommunications services are rendered.

19.     By using the exchange access services provided by PAETEC, CommPartners undertook and assumed an obligation to make all payments due to PAETEC in accordance with the terms of the tariffs.

20.     CommPartners is in breach of the tariffs because CommPartners has failed to pay for services provided it by PAETEC in accordance with the tariffs.

21.     As a direct and proximate result of CommPartners's breach of these tariffs, PAETEC has suffered significant monetary damages exceeding one hundred fifty-nine thousand dollars ($159,000). In addition, CommPartners owes PAETEC late payment fees calculated at 1.5% per month per the applicable agreements and tariffs.

WHEREFORE, PAETEC respectfully requests that this Court enter a judgment in favor of PAETEC against CommPartners for damages, plus an award of attorneys' fees, costs, expenses and prejudgment interest and post-judgment interest, and such additional and further relief as the Court may deem just and proper.

## COUNT II

### Alternative Claim for Quantum Meruit

22.     The allegations set forth in paragraphs 1 through 21 are incorporated herein by reference.

23.     In the alternative, it is averred that PAETEC, at CommPartners's request, and with CommPartners's knowledge, acquiescence and acceptance, provided to CommPartners exchange access services.

24. In the course of providing such services, PAETEC necessarily incurred various costs, and charges for labor, for use of its equipment and facilities and for other expenses.

25. CommPartners has refused, despite demand, to pay the fair value for the services furnished, although payment is past due.

WHEREFORE, PAETEC respectfully requests that this Court enter a judgment in favor of PAETEC against CommPartners for damages, plus an award of attorneys' fees, costs, expenses and prejudgment interest and post-judgment interest, and such additional and further relief as the Court may deem just and proper.

### COUNT III

### Alternative Claim for Unjust Enrichment

26. The allegations set forth in paragraphs 1 through 25 above are incorporated herein by reference.

27. CommPartners obtained from PAETEC exchange access services. CommPartners received the benefits of those services and failed to make proper payment or restitution to PAETEC for the services and benefits received.

28. CommPartners has been unjustly enriched at the expense of PAETEC.

29. CommPartners's actions constitute an unjust retention of benefit owed to PAETEC, which is contrary to the principles of equity and justice.

WHEREFORE, PAETEC respectfully requests that this Court enter a judgment in favor of PAETEC against CommPartners for damages, plus an award of attorneys' fees,

costs, expenses and prejudgment interest and post-judgment interest, and such additional and further relief as the Court may deem just and proper.

        Respectfully submitted,

        /s/ Jeffrey J. Binder

        Jeffrey J. Binder, Esq.
        D.C. Bar #475821
        The Watergate
        Suite 1107 North
        2510 Virginia Avenue, N.W.
        Washington, D.C. 20037
        j.j.binder@verizon.net

        Attorney for:
        PAETEC Communications, Inc.

Dated this 4th of March, 2008

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| | |
| **(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**<br>**(EXCEPT IN U.S. PLAINTIFF CASES)** | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>**(IN U.S. PLAINTIFF CASES ONLY)**<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)** | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- 1  U.S. Government Plaintiff
- 2  U.S. Government Defendant
- 3  Federal Question (U.S. Government Not a Party)
- 4  Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### A. *Antitrust*

410 Antitrust

### B. *Personal Injury/ Malpractice*

310 Airplane
315 Airplane Product Liability
320 Assault, Libel & Slander
330 Federal Employers Liability
340 Marine
345 Marine Product Liability
350 Motor Vehicle
355 Motor Vehicle Product Liability
360 Other Personal Injury
362 Medical Malpractice
365 Product Liability
368 Asbestos Product Liability

### C. *Administrative Agency Review*

151 Medicare Act

**Social Security:**
861 HIA ((1395ff)
862 Black Lung (923)
863 DIWC/DIWW (405(g)
864 SSID Title XVI
865 RSI (405(g)
**Other Statutes**
891 Agricultural Acts
892 Economic Stabilization Act
893 Environmental Matters
894 Energy Allocation Act
890 Other Statutory Actions (If Administrative Agency is Involved)

### D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### E. *General Civil (Other)*   OR   F. *Pro Se General Civil*

**Real Property**
210 Land Condemnation
220 Foreclosure
230 Rent, Lease & Ejectment
240 Torts to Land
245 Tort Product Liability
290 All Other Real Property

**Personal Property**
370 Other Fraud
371 Truth in Lending
380 Other Personal Property Damage
385 Property Damage Product Liability

**Bankruptcy**
422 Appeal 28 USC 158
423 Withdrawal 28 USC 157

**Prisoner Petitions**
535 Death Penalty
540 Mandamus & Other
550 Civil Rights
555 Prison Condition

**Property Rights**
820 Copyrights
830 Patent
840 Trademark

**Federal Tax Suits**
870 Taxes (US plaintiff or defendant
871 IRS-Third Party 26 USC  7609

**Forfeiture/Penalty**
610 Agriculture
620 Other Food &Drug
625 Drug Related Seizure of Property 21 USC 881
630 Liquor Laws
640 RR & Truck
650 Airline Regs
660 Occupational Safety/Health
690 Other

**Other Statutes**
400 State Reapportionment
430 Banks & Banking
450 Commerce/ICC Rates/etc.
460 Deportation

470 Racketeer Influenced & Corrupt Organizations
480 Consumer Credit
490 Cable/Satellite TV
810 Selective Service
850 Securities/Commodities/ Exchange
875 Customer Challenge 12 USC 3410
900 Appeal of fee determination under equal access to Justice
950 Constitutionality of State Statutes
890 Other Statutory Actions (if not administrative agency review or Privacy Act

| G. *Habeas Corpus/ 2255*                                                      | H. *Employment Discrimination*                                                                                                                                              | I. *FOIA/PRIVACY ACT*                                                                                        | J. *Student Loan*                                                            |
| ----------------------------------------------------------------------------- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------------------------------------------------------ | ---------------------------------------------------------------------------- |
| **530 Habeas Corpus-General** <br> **510 Motion/Vacate Sentence**             | **442 Civil Rights-Employment** <br> (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | **895 Freedom of Information Act** <br> **890 Other Statutory Actions** <br> (if Privacy Act) <br><br> *(If pro se, select this deck)* | **152 Recovery of Defaulted Student Loans** <br> (excluding veterans)        |

| K. *Labor/ERISA (non-employment)*                                                                                                                                                               | L. *Other Civil Rights (non-employment)*                                                                                                                                                                                   | M. *Contract*                                                                                                                                                                                                                                                                                                       | N. *Three-Judge Court*                                  |
| ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------- |
| **710 Fair Labor Standards Act** <br> **720 Labor/Mgmt. Relations** <br> **730 Labor/Mgmt. Reporting & Disclosure Act** <br> **740 Labor Railway Act** <br> **790 Other Labor Litigation** <br> **791 Empl. Ret. Inc. Security Act** | **441 Voting (if not Voting Rights Act)** <br> **443 Housing/Accommodations** <br> **444 Welfare** <br> **440 Other Civil Rights** <br> **445 American w/Disabilities-Employment** <br> **446 Americans w/Disabilities-Other** | **110 Insurance** <br> **120 Marine** <br> **130 Miller Act** <br> **140 Negotiable Instrument** <br> **150 Recovery of Overpayment & Enforcement of Judgment** <br> **153 Recovery of Overpayment of Veteran's Benefits** <br> **160 Stockholder's Suits** <br> **190 Other Contracts** <br> **195 Contract Product Liability** <br> **196 Franchise** | **441 Civil Rights-Voting** <br> (if Voting Rights Act) |

**V. ORIGIN**

| 1 Original Proceeding | 2 Removed from State Court | 3 Remanded from Appellate Court | 4 Reinstated or Reopened | 5 Transferred from another district (specify) | 6 Multi district Litigation | 7 Appeal to District Judge from Mag. Judge |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   **DEMAND $**   **JURY DEMAND:**   Check YES only if demanded in complaint   **YES**   **NO**

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   **YES**   **NO**   If yes, please complete related case form.

**DATE**      **SIGNATURE OF ATTORNEY OF RECORD**

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.