IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

PAETEC COMMUNICATIONS, INC.        )

       Plaintiff                  )

                                             )

       vs.                           ) Civil Action No.

                                             )

COMMPARTNERS, LLC                  )

       Defendant                  )

_____)

**CERTIFICATE RULE LCvR 7.1**

    I, the undersigned, counsel of record for PAETEC Communications, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiff which have any outstanding securities in the hands of the public:

        PAETEC Holding Corp.

    These representations are made in order that the judges of this court may determine the need for recusal.

                              Attorney of Record

                              /S/Jeffrey J. Binder

<u>D.C. Bar No. 475821</u>         Jeffrey J. Binder, Esq.
BAR IDENTIFICATION NUMBER  2510 Virginia Avenue, NW
                              Washington, D.C. 20037
                              (202)965-0199