UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC.    )<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>)<br>COMMPARTNERS, LLC    )<br>)<br>Defendant.    )<br>_____) | Civil Action No. 08-cv-00397 (JR) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Stephen G. DeNigris, Esq., as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

*/s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.
D.C. Bar No. 440697
2100 M Street NW Suite 170-283
Washington, D.C.  20037

Office:    (703)416-1036
Fax:    (703)416-1037

E-mail:    sgd853@aol.com

Dated: March 20, 2008
        Washington, D.C.