UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-00397 (JR) |
| ) | |
| ) | |
| COMMPARTNERS, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR EXTENSION**
**OF TIME TO FILE DISPOSITIVE MOTION**

Defendant Commpartners, LLC, through counsel, moves this Honorable Court for an Extension of Time within which to file its dispositive motion in the above-referenced matter. As further grounds counsel would state:

1. Presently, defendant's response to plaintiff's complaint is due on March 24, 2008.

2. Counsel is seeking an enlargement of time until April 24, 2008, in which to file its dispositive motion.

3. Counsel for the Defendant has been on an extensive business travel schedule since the second week of February and just recently returned to his office in Washington, D.C. on March 18, 2008.

4. Counsel for the defendant has several other oppositions to dispositive motions he is currently working on in the matter of *Erickson v. Chertoff*, 06-cv-1246 USDC NDNY; and *Barbusin v. Trucillo, et. al.*, Civil Action 05-cv-4699 USDC EDNY. Those oppositions are due

on April 10, 2008 and April 11, 2008, respectively.

5. In the same vein, counsel is in the process of preparing plaintiff's motion for TRO and Preliminary Injunction in the matter of *Fraternal Order of Police, et. al., v. Barry, et. al.*, Civil Action No. 08-cv-00462(ESH) DDC.

6. Counsel is traveling to Albany, NY on March 20, 2008, on other legal representations.

7. Additionally, counsel will be traveling to Buffalo, NY on March 26-27, attending a labor seminar, and April 1-4, on business travel to Las Vegas, NV.

8. This is the first such request for an extension of time as it applies to the defendant.

9. Counsel for the Defendant attempted to personally contact Plaintiff's counsel Jeffrey J. Binder, Esq. concerning this motion. However, defendant's counsel was unsuccessful in his attempts to reach Mr. Binder prior to filing this motion.

10. Wherefore, counsel respectfully prays that this Honorable Court grant this motion for an extension of time.

                Respectfully submitted,

                ***Stephen G. DeNigris, Esq.***
                Stephen G. DeNigris, Esq.
                D.C. Bar No. 440697
                2100 M Street, N.W. Suite 170-283
                Washington, DC 20037

                Office:    (703)416-1036
                Fax:      (703)416-1037

Dated: March 20, 2008
       Washington, D.C.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copying of the foregoing motion for extension of time to file its dispositive motion was sent by Electronic Mail (E-mail) on the 20th day of March 2008 to:

Jeffrey J. Binder, Esq.
Attorney for the Plaintiff
The Watergate
Suite 1107 North
2510 Virginia Avenue, NW
Washington, D.C.  20037

at j.j.binder@verizon.net.

_____
Stephen G. DeNigris, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC.  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No. 08-cv-00397 (JR) |
| ) | |
| ) | |
| COMMPARTNERS, LLC  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

**O R D E R**

Upon consideration of the defendant's motion for an extension of time and for other good cause shown, it is hereby

**ORDERED** that the defendant's motion is **GRANTED / DENIED.** And it is further

**ORDERED** that the defendant shall have up to and including April 24, 2008, to file its dispositive motion in this matter.

_____
UNITED STATES DISTRICT JUDGE


Dated:  March _____, 2008
        Washington, D.C.