UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-cv-00397 (JR) |
| COMMPARTNERS, LLC | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR *PRO HAC VICE* ADMISSION
OF ATTORNEY NICHOLAS D. CROSBY, ESQ.**

Stephen G. DeNigris, Esq., defendant's lead/local counsel in the above-referenced matter, and pursuant to LCvR 83.2(c)-(d), moves for the admission *pro hac vice* of attorney Nicholas D. Crosby, Esq., under this Honorable Court's rules and as further grounds lead/local counsel would state:

1. Lead/local counsel is a member of the Bar of the District of Columbia in good standing and has been a member of this Honorable Court's bar in good standing since March 7, 1994.

2. Lead/local counsel has acted as lead counsel before this Honorable Court pursuant to LCvR 83.2(b).

3. Lead/local counsel is moving for the admission *pro hac vice* of attorney Nicholas D. Crosby, Esq. in this matter.

4. Attorney Crosby's office address and telephone number is as follows:

> Marquis & Aurbach
> 10001 Park Run Drive
> Las Vegas, Nevada 89145
> Office: (702) 942-2133
> Fax:    (702)856-8932
>
> E-mail:   ncrosby@marquisaurbach.com

5. A list of all bars to which Attorney Crosby has been admitted are as follows:

> (a) State Bar of Nevada;
> (b) US District Court for District of Nevada; and
> (c) United States Court of Appeals for the Ninth Circuit

6. Attorney Crosby has not been disciplined by any bar and certifies that he is a member in good-standing to all of the courts listed herein in paragraph 5. **(EXH. A)**

7. Attorney Crosby has never been admitted *pro hac vice* in this Court within the last two years.

8. Attorney Crosby does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District of Columbia Bar; and does not have an application for D.C. Bar membership pending.

9. Also, Attorney Crosby has become familiar with the Local Rules of this Honorable Court and certifies his acceptance and compliance with the rules of this Court.

10. Lead/local counsel has known Attorney Crosby for well-over three years, and is familiar with his professional character. Lead/local counsel would attest to Attorney Crosby's good moral character and his ability to participate in and be heard in open court.

11. Lead/local counsel has also included the declaration of Attorney Nicholas

D. Crosby, Esq. submitted pursuant to 28 U.S.C. §1746, with this motion.  **(EXH. A)**

12. Lead/local counsel will appear before this Court at each required appearance.  However, because of the specialize subject matter in this case and Attorney Crosby's long-standing relationship with the defendant, it may become necessary from time-to-time for attorney Crosby to address the Court.

13. Lead/local counsel attempted to contact Plaintiff's Counsel Jeffrey J. Binder, Esq. concerning this motion.  Despite several attempts counsel was unable to contact Attorney Binder.  However, counsel left a detailed message on Attorney Binder's voice-mail indicating the nature of this motion.

**WHEREFORE**, counsel prays that this Honorable Court grant this motion, admit Attorney Nicholas D. Crosby, Esq., *pro hac vice* and allow him to participate in this matter as required.

                Respectfully submitted,

                */s/ Stephen G. DeNigris, Esq.*
                Stephen G. DeNigris, Esq.
                D.C. Bar No. 440697
                Attorney for the Defendant
                2100 M Street, N.W. Suite 170-283
                Washington, D.C.  20037

                Office: (703)416-1036
                Fax:    (703)416-1037

                E-mail:         sgd853@aol.com

Dated:  March 20, 2008
       Washington, D.C.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copying of the foregoing motion for *pro hac vice* admission of Attorney Nicholas D. Crosby was sent by Electronic Mail (E-mail) on the 20th day of March 2008 to:

Jeffrey J. Binder, Esq.
Attorney for the Plaintiff
The Watergate
Suite 1107 North
2510 Virginia Avenue, NW
Washington, D.C.  20037

at j.j.binder@verizon.net.

                                               */s/ Stephen G. DeNigris, Esq.*
                                                Stephen G. DeNigris, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>COMMPARTNERS, LLC )<br>)<br>Defendant. )<br>_____) | Civil Action No. 08-cv-00397 (JR) |

**O R D E R**

Upon consideration of the Defendant's Motion for Admission *Pro Hac Vice* of Attorney Nicholas D. Crosby, Esq. for other good cause shown, it is hereby

**ORDERED** that the Defendant's motion is **GRANTED / DENIED**.  And it is further

**ORDERED** that *pro hac vice* counsel shall comply with the requirements set forth in LCvR 83.2(c)-(d) concerning the filing of papers and participation in court proceedings.

_____
UNITED STATES DISTRICT JUDGE

Dated:  March _____, 2008
           Washington, D.C.

Exhibit A
Paetec Communications v. Commpartners
Civil Action 08-cv-397(JR)

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

PAETEC COMMUNICATIONS, INC.    )
                               )
       Plaintiff,              )
                               )
  v.                           )   Civil Action No. 08-cv-00397 (JR)
                               )
                               )
COMMPARTNERS, LLC              )
                               )
       Defendant.              )
_____)

## DECLARATION OF NICHOLAS D. CROSBY
## IN SUPPORT OF MOTION FOR *PRO HAC VICE*

Pursuant to 28 U.S.C. §1746, Nicholas D. Crosby, Esq., files this declaration in support of the Defendant's Motion for *Pro Hac Vice*. As further grounds, counsel would state:

1.  I am seeking admission *pro hac vice* in this matter.

2.  My lead and local counsel in this matter is Stephen G. DeNigris, Esq. Attorney DeNigris is a member in good standing of the District of Columbia Bar and the bar of this Honorable Court.

3.  My office address and telephone number is as follows:

     Marquis & Aurbach
     10001 Park Run Drive
     Las Vegas, Nevada 89145
     Office: (702) 942-2133
     Fax:    (702) 856-8932
     E-mail:    ncrosby@marquisaurbach.com

4.  A list of all bars to which I have been admitted are as follows:

    (a)  the State Bar of Nevada;
    (b)  United States District Court for District of Nevada; and
    (c)  United States Court of Appeals for the Ninth Circuit

5. I have not been disciplined by any bar and certify that I am a member in good-standing to all of the courts listed herein in paragraph 4.

6. I have never been admitted *pro hac vice* in this Court nor within the last two years.

7. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

8. I have familiarized myself with the Local Rules of this Honorable Court and certify my acceptance and compliance with the rules of this Court.

9. I agree to comport my professional conduct and demeanor to this Court's rules.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2008.

_____
Nicholas D. Crosby, Esq.

2