**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMMPARTNERS, LLC, <br><br> Defendant. | Civil Action No.:   08-cv-00397(JR) |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for CommPartners, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Defendant which have any outstanding securities in the hands of the public:

NOT APPLICABLE

These representation are made in order that the judges of this Court may determine the need for recusal.

                                                              */ s / Stephen G. DeNigris, Esq.*
                                                              Stephen G. DeNigris, Esq.
                                                              D.C. Bar No. 440697
                                                              2100 M Street NW, Suite 170-283
                                                              Washington, D.C. 20037
                                                              Office: (703) 416-1036
                                                              Fax: (703) 416-1037
                                                              Email: sgd853@aol.com
                                                              Attorney for Defendant
                                                              CommPartners, LLC