UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-00397 (JR) |
| ) | |
| ) | |
| COMMPARTNERS, LLC ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF CONSENT TO MOTIONS FOR
## ENLARGEMENT OF TIME AND PRO HAC VICE

Defendant Commpartners, LLC, through counsel, wishes to notify this Honorable Court, that on March 28, 2008, counsel spoke with Plaintiff's counsel Jeffrey Binder, Esq. Defense counsel is authorize to represent to the Court that Mr. Binder does not object to the Motions for Extension of time (Docket Entry #4) or Motion for Pro Hac Vice (Docket Entry #5)

Respectfully submitted,

*Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.
D.C. Bar No. 440697
2100 M Street, N.W. Suite 170-283
Washington, DC  20037

Office:     (703)416-1036
Fax:        (703)416-1037
e-mail:     sgd853@aol.com

Dated:  March 28, 2008
        Washington, D.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copying of the Notice was sent by Electronic Mail (E-mail) on the 28th day of March 2008 to:

Jeffrey J. Binder, Esq.
Attorney for the Plaintiff
The Watergate
Suite 1107 North
2510 Virginia Avenue, NW
Washington, D.C.  20037

at j.j.binder@verizon.net.

*/s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.