## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
PAETEC COMMUNICATIONS, INC.,    :
                                :
        Plaintiff,               :
                                :
    v.                          :  Civil Action No. 08-0397 (JR)
                                :
COMMPARTNERS, LLC,              :
                                :
        Defendant.              :
```

### ORDER

Upon consideration of defendant's motion for the *pro hac vice* appearance of Nicholas D. Crosby [5], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                    JAMES ROBERTSON
                              United States District Judge