**Marquis & Aurbach**
NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711
  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., | Case No: 1:08-cv-00397-JR |
| COMMPARTNERS, LLC, | |

### NOTICE OF ASSOCIATION

Please take notice that the law firm of Marquis & Aurbach, hereby associates in with counsel for Defendant as counsel pro hac vice. Counsel is directed to send copies of all future pleadings and documents to both the law offices of Marquis & Aurbach and Stephen DeNigris, Esq.

Dated this 3rd day of April, 2008.

                    MARQUIS & AURBACH

                    By _____
                        Nick D. Crosby, Esq.
                        Nevada Bar No. 8996
                        10001 Park Run Drive
                        Las Vegas, Nevada 89145
                        Attorney(s) for Defendant

## CERTIFICATE OF MAILING

I hereby certify that on the 8 day of April, 2008, I served a copy of the foregoing NOTICE OF ASSOCIATION upon each of the parties by depositing a copy of the same in a sealed envelope in the United States Mail, Las Vegas, Nevada, First-Class Postage fully prepaid, and addressed to:

Jeffrey J. Binder, Esq.
The Watergate Suite 1107
North 2510 Virginia Avenue
N.W. Washington, D.C. 20037
Attorney for PAETEC Communications, Inc.

Stephen G. DeNigris, Esq.
2100 M Street NW Suite 170-283
Washington, D.C. 20037
Attorney for CommPartners, LLC

and that there is a regular communication by mail between the place of mailing and the place(s) so addressed.

Jessica Plecher, an employee of Marquis & Aurbach