UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC. )<br> )<br>        Plaintiff, )<br> )<br>        v. )<br> )<br> )<br>COMMPARTNERS, LLC )<br> )<br>        Defendant. )<br>_____ ) | Civil Action No. 08-cv-00397 (JR) |

**DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTION**

Defendant Commpartners, LLC, through counsel, moves this Honorable Court for an Extension of Time within which to file its dispositive motion in the above-referenced matter. As further grounds counsel would state:

1. Presently, defendant's response to plaintiff's complaint is due on April 24, 2008.

2. Counsel is seeking an enlargement of time until May 2, 2008, in which to file its dispositive motion.

3. Counsel for the Defendant has been on an extensive briefing schedule in several district courts in the matters of *Erickson v. Chertoff*, Civil Action No 06-cv-1246 (NDNY) and *Barbusin v. Trucillo*, Civil Action 05-cv-4699 (EDNY). Those matter have been completed.

4. In addition, counsel was involved in a disciplinary matter involving a local law enforcement officer in upstate New York. Unfortunately, the officer committed suicide about two and a half weeks ago after being served with disciplinary specifications. The tragedy

shocked counsel and in effect stopped regularly business for a week while funeral and other family matters were arranged.

5.	In the same vein, counsel is in the process of preparing plaintiff's motion for TRO and Preliminary Injunction in the matter of *Fraternal Order of Police, et. al., v. Barry, et. al.*, Civil Action No. 08-cv-00462(ESH) DDC.

6.	Counsel is out of the country from April 19-26, on a long overdue vacation which had been planned since January.

7.	This is the second such request for an extension of time as it applies to the defendant.

8.	Counsel for the Defendant personally contacted Plaintiff's counsel Jeffrey J. Binder, Esq. concerning this motion. Attorney Binder graciously consented to this one-additional week extension of time.

9.	Wherefore, counsel respectfully prays that this Honorable Court grant this motion for an extension of time.

			Respectfully submitted,

			*Stephen G. DeNigris, Esq.*
			Stephen G. DeNigris, Esq.
			D.C. Bar No. 440697
			2100 M Street, N.W. Suite 170-283
			Washington, DC  20037

			Office:	(703)416-1036
			Fax:	(703)416-1037

Dated: April 19, 2008

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copying of the foregoing motion for extension of time to file its dispositive motion was sent by Electronic Mail (E-mail) on the 19th day of April 2008 to:

    Jeffrey J. Binder, Esq.
    Attorney for the Plaintiff
    The Watergate
    Suite 1107 North
    2510 Virginia Avenue, NW
    Washington, D.C.  20037

at j.j.binder@verizon.net.

    */s/ Stephen G. DeNigris, Esq.*
    Stephen G. DeNigris, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-00397 (JR) |
| ) | |
| COMMPARTNERS, LLC ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon consideration of the defendant's motion for an extension of time and for other good cause shown, it is hereby

**ORDERED** that the defendant's motion is **GRANTED / DENIED.** And it is further

**ORDERED** that the defendant shall have up to and including May 2, 2008, to file its dispositive motion in this matter.

_____
UNITED STATES DISTRICT JUDGE

Dated: April _____, 2008
       Washington, D.C.