IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

PAETEC COMMUNICATIONS, INC. )
        Plaintiff,   )
                     )
  vs.                          ) C.A.No.1:08-cv-00397(JR)
                     )
COMMPARTNERS, LLC            )
        Defendant.   )
_____)

**PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION**

    Plaintiff PAETEC Communications, Inc. ("PAETEC") hereby moves this Honorable Court to extend the time for PAETEC to file its Opposition to Defendant CommPartners' Dispositive Motion up to and including June 12, 2008. As grounds for this motion, PAETEC states:

1. PAETEC's Opposition to Defendant CommPartners' Dispositive Motion is due on May 13, 2008.

2. Defendant CommPartners' dispositive motion seeks dismissal pursuant to several sections of Fed. R. Civ. P. 12, or transfer of this action to the District of

Nevada, or a stay of the instant action pending referral of issues to the Federal Communications Commission pursuant to the primary jurisdiction doctrine.

3. On May 7, 2008, undersigned counsel underwent surgery which requires a brief period of rehabilitation including a less than normal workday.

4. Plaintiff PAETEC seeks an extension of time because drafting its Opposition to Defendant CommPartners' Dispositive Motion will by its nature require more than an insubstantial amount of time; undersigned counsel is also pressed by other matters requiring his attention; and is operating at a less than full-time schedule due to a recent medical procedure.

5. This is Plaintiff PAETEC's first request for an extension of time.

6. The extension of time will also enable the parties to further pursue settlement discussions.

7. Counsel for Defendant CommPartners has graciously assented to this request for extension.

8. The granting of this motion will have no effects on existing deadlines other than the enlargement of time for PAETEC to respond to Defendant CommPartners' Dispositive Motion.

3

Wherefore, PAETEC requests this Honorable Court to grant its request for an extension of time, up to and including June 12, 2008, to respond to Defendant's Dispositive Motion.

Respectfully submitted,

ASSENTED TO:

/S/ Stephen G. DeNigris, Esq.

/s/ Jeffrey J. Binder
Jeffrey J. Binder, Esq.
D.C. Bar #475821
The Watergate
Suite 1107 North
2510 Virginia Avenue, NW
Washington, D.C. 20037
j.j.binder@verizon.net

Attorney for:
PAETEC Communications, Inc.

Dated this 8th of May, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

PAETEC COMMUNICATIONS, INC. )

        Plaintiff,   )

                      )

    vs.   ) C.A.No.1:08-cv-00397(JR)

                      )

COMMPARTNERS, LLC   )

        Defendant.   )

_____)

**(PROPOSED) ORDER**

Upon consideration of Plaintiff PAETEC's Motion For Extension OF Time To File Its Opposition To Defendant's Dispositive Motion up to and including June 12, 2008, the Court grants Plaintiff's motion to extend the time to file an opposition up to and including June 12, 2008.

                                                _____

                                                UNITED STATES DISTRICT JUDGE

DATED: May   , 2008


Case 1:08-cv-00397-JR    Document 14-2    Filed 05/08/2008    Page 2 of 2