```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

```
_____
                               )
PAETEC COMMUNICATIONS, INC.    )
                               )
            Plaintiff,         )
                               )
     vs.                       )  C.A.No.1:08-cv-00397(JR)
                               )
COMMPARTNERS, LLC              )
                               )
            Defendant.         )
_____)
```

**PLAINTIFF'S SECOND ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION**

Plaintiff PAETEC Communications, Inc. ("PAETEC") hereby moves this Honorable Court to extend the time for PAETEC to file its Opposition to Defendant CommPartners' Dispositive Motion up to and including June 30, 2008. As grounds for this motion, PAETEC states:

1. PAETEC's Opposition to Defendant CommPartners' Dispositive Motion is due on June 12, 2008.

2. Defendant CommPartners' dispositive motion seeks dismissal pursuant to several sections of Fed. R. Civ. P. 12, or transfer of this action to the District of

2

Nevada, or a stay of the instant action pending referral of issues to the Federal Communications Commission pursuant to the primary jurisdiction doctrine.

3. Plaintiff PAETEC seeks an extension of time because undersigned counsel has been required to schedule some unexpected travel obligations; drafting its Opposition to Defendant CommPartners' Dispositive Motion requires more than an insubstantial amount of time; and undersigned counsel is also pressed by other matters requiring a significant amount of his attention.

4. This is Plaintiff PAETEC's second request for an extension of time.

5. The extension of time will also enable the parties to further pursue settlement discussions.

6. Counsel for Defendant CommPartners has graciously assented to this request for extension.

7. The granting of this motion will have no effects on existing deadlines other than the enlargement of time for PAETEC to respond to Defendant CommPartners' Dispositive Motion.

Wherefore, PAETEC requests this Honorable Court to grant its request for an extension of time, up to and

3

including June 30, 2008, to respond to Defendant's Dispositive Motion.

                                     Respectfully submitted,

ASSENTED TO:

/S/ Stephen G. DeNigris, Esq.
Attorney for CommPartners        /s/ Jeffrey J. Binder
                                                  Jeffrey J. Binder, Esq.
                                                  D.C. Bar #475821
                                                  The Watergate
                                                  Suite 1107 North
                                                  2510 Virginia Avenue,NW
                                                  Washington, D.C. 20037
                                                  j.j.binder@verizon.net

                                                  Attorney for:
                                                  PAETEC Communications, Inc.

                                Dated this 9th of June, 2008

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
```

_____

PAETEC COMMUNICATIONS, INC. )
        Plaintiff,   )
                     )
   vs.               ) C.A.No.1:08-cv-00397(JR)
                     )
COMMPARTNERS, LLC          )
        Defendant.   )
_____)

## (PROPOSED) ORDER

Upon consideration of Plaintiff PAETEC's Motion For Extension OF Time To File Its Opposition To Defendant's Dispositive Motion up to and including June 30, 2008, the Court grants Plaintiff's motion to extend the time to file an opposition up to and including June 30, 2008.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

    DATED: June    , 2008

Case 1:08-cv-00397-JR    Document 15-2    Filed 06/10/2008    Page 2 of 2