IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

PAETEC COMMUNICATIONS, INC. )

               Plaintiff,   )

                         )

       vs.           ) C.A.No.1:08-cv-00397(JR)

                         )

COMMPARTNERS, LLC        )

             Defendant.   )

_____)

**PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S DISPOSITIVE MOTION**

    Plaintiff PAETEC Communications, Inc. ("PAETEC") hereby moves this Honorable Court to extend the time for PAETEC to file its Opposition to Defendant CommPartners' Dispositive Motion from June 30, 2008 up to and including July 14, 2008. As grounds for this motion, PAETEC states:

    1. PAETEC's Opposition to Defendant CommPartners' Dispositive Motion is due on June 30, 2008.

    2. Defendant CommPartners' dispositive motion seeks dismissal pursuant to several sections of Fed. R. Civ. P. 12, or transfer of this action to the District of

Nevada, or a stay of the instant action pending referral of issues to the Federal Communications Commission pursuant to the primary jurisdiction doctrine.

3. Plaintiff PAETEC seeks an extension of time because (a) soon after the filing of the Motion to Dismiss by Defendant, undersigned counsel underwent a surgical procedure preventing his working a full schedule for some time; (b)undersigned counsel recently had some unexpected travel obligations regarding family matters; (c) drafting the Opposition to Defendant CommPartners' Dispositive Motion requires more than an insubstantial amount of time; and (d) undersigned counsel is also pressed by other matters requiring a significant amount of his attention.

4. This is Plaintiff PAETEC's third request for an extension of time.

5. PAETEC will not seek another extension of time unless the parties' negotiations produce a settlement or imminent settlement of this litigation.

6. The extension of time will also enable the parties to further pursue settlement discussions.

7. Counsel for Defendant CommPartners has graciously assented to this request for extension.

8. The granting of this motion will have no effects on existing deadlines other than the enlargement of time for PAETEC to respond to Defendant CommPartners' Dispositive Motion.

Wherefore, PAETEC requests this Honorable Court to grant its request for an extension of time, up to and including July 14, 2008, to respond to Defendant's Dispositive Motion.

Respectfully submitted,

ASSENTED TO:

/S/ Stephen G. DeNigris, Esq.
Attorney for CommPartners            /s/ Jeffrey J. Binder
                                     Jeffrey J. Binder, Esq.
                                     D.C. Bar #475821
                                     The Watergate
                                     Suite 1107 North
                                     2510 Virginia Avenue,NW
                                     Washington, D.C. 20037
                                     j.j.binder@verizon.net

                                     Attorney for:
                                     PAETEC Communications, Inc.

                        Dated this 25th of June, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

PAETEC COMMUNICATIONS, INC. )

                   Plaintiff,   )

                            )

       vs.            ) C.A.No.1:08-cv-00397(JR)

                            )

COMMPARTNERS, LLC         )

              Defendant.   )

_____)

**(PROPOSED) ORDER**

Upon consideration of Plaintiff PAETEC's Motion For Extension OF Time To File Its Opposition To Defendant's Dispositive Motion up to and including June 12, 2008, the Court grants Plaintiff's motion to extend the time to file an opposition up to and including June 12, 2008.

_____

UNITED STATES DISTRICT JUDGE

DATED: May   , 2008