UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

PAETEC COMMUNICATIONS, INC.   )

        Plaintiff,   )

    )

    v.   )   C.A. No. 1:08 - cv – 00397 (JR)

    )

COMMPARTNERS, LLC   )

        Defendant.   )

_____ )

**PROPOSED ORDER**

IT IS HEREBY ORDERED THAT

the Defendant CommPartners Motion to Dismiss is denied.

SO ORDERED, this____ day of ____, 2008

_____

The Honorable James Robertson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC. | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:08 - cv – 00397 (JR) |
| | ) |
| COMMPARTNERS, LLC | ) |
| Defendant. | ) |

_____ )

**PROPOSED ORDER**

IT IS HEREBY ORDERED THAT

the Defendant CommPartners Motion to Dismiss is denied.

SO ORDERED, this___ day of ___, 2008

_____

The Honorable James Robertson