UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

PAETEC COMMUNICATIONS, INC.  )
                Plaintiff,  )
                           )
       v.                       )  C.A. No. 1:08 - cv – 00397 (JR)
                           )
COMMPARTNERS, LLC  )
                Defendant.  )
_____ )


**PLAINTIFF'S MOTION FOR RETROACTIVE LEAVE FOR LATE FILING OF ITS MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, TRANSFER, OR STAY**

Plaintiff PAETEC hereby moves for retroactive leave for a late filing of its Memorandum of Points and Authorities In Opposition To Defendant's Motion To Dismiss, Transfer, or Stay on the following grounds:

1. On Friday, June 27, 2008, at 4:13 P.M., undersigned counsel received a Minute Order denying his request for an extension of time to file his Memorandum of Points and Authorities In Opposition To Defendant's Motion To Dismiss, Transfer, Or Stay ("Opposition Memorandum").

2. Undersigned counsel thereafter worked diligently on finishing the Opposition Memorandum to meet the Monday, June 30, 2008, due date.

3. At 11:59 P.M., undersigned counsel filed what he thought was the Opposition Memorandum and associated Proposed Order. ( Docket #17).

4. Within moments, it became apparent that the filing consisted of two PDF.'s of the Proposed Order only.

5. On Tuesday, July 1, 2008, at 12:04 A.M., undersigned counsel filed a second time. (Docket #18). Shortly thereafter, it became apparent to undersigned counsel that the filed documents were incorrect. Undersigned counsel had filed two PDF.'s of documents from another case, one pending in the Eastern District of Missouri.

6. On Tuesday, July 1, 2008, at 12:49 A.M., undersigned counsel filed a third time. (Docket #19). Shortly thereafter, it became apparent to undersigned counsel that filed documents consisted of two PDF.s of the correct Opposition and Memorandum.

7. As explained above, undersigned counsel had thus filed the Proposed Order by 11:59 P.M. on June 30, 2008 and the Opposition Memorandum by 12:49 A.M. on July 1, 2008.

8. Undersigned counsel has made electronic filings with the court on many occasions and never experienced these types of difficulties. Undersigned counsel respectfully submits that the hour and the fact that he was using a brand new laptop computer with updated features may have both contributed to his technical difficulties.

9. Undersigned counsel spoke with the Clerk's Office this morning which resulted in entry on the docket of a NOTICE OF CORRECTED DOCKET ENTRIES stating that Docket entries Nos. 17, 18, and 19 were entered in error and that the undersigned counsel will refile the pleadings.

10. Soon thereafter undersigned counsel successfully refiled the Opposition Memorandum and its Proposed Order as reflected in Docket #20.

11. The undersigned counsel respectfully apologizes for the inconvenience caused to this Court and the Clerk's Office.

12. Both Theresa and Jackie on the Clerk's Office ECF Help Line were extremely helpful to undersigned counsel this morning.

WHEREFORE, undersigned counsel respectfully moves this Honorable Court for a retroactive leave allowing the corrected filing, Docket #20, of the Opposition Memorandum.

Respectfully submitted,

/s/ Jeffrey J. Binder

Jeffrey J. Binder, Esq.
D.C. Bar #475821
The Watergate
2510 Virginia Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 965-0199
E-mail: j.j.binder@verizon.net

ATTORNEY FOR PLAINTIFF PAETEC
     COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC. | ) |
|       Plaintiff, | ) |
| | ) |
|     v. | ) C.A. No. 1:08 - cv – 00397 (JR) |
| | ) |
| COMMPARTNERS, LLC | ) |
|       Defendant. | ) |
| | ) |

**PROPOSED ORDER**

IT IS HEREBY ORDERED THAT:

The Plaintiff PAETEC's Motion For Retroactive Leave For Late Filing Of Its Memorandum Of Points And Authorities In Opposition To defendant's Motion To Dismiss, Transfer, And Stay is granted.

SO ORDERED, this___ day of ___, 2008

_____

The Honorable James Robertson